UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:12cr00166 |
| v. ) | |
| ) | JUDGE WISEMAN |
| MICHAEL BROWN ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ABANDONMENT OF FIREARMS

Michael Brown hereby abandons to the United States all claim, right and interest to the firearms listed in the Information filed in this case, as well as any other firearms that might have been taken in evidence in this matter. These firearms include, but may not be limited to: two Taurus .357 caliber, Model 605 revolvers; a Heritage .22 caliber, Model Rough Rider revolver; a Springfield Armory, Model XD45, .45 caliber pistol; and a Ruger Model P93, 9mm pistol. These firearms are to be disposed of according to law.

_____
Michael Brown

_____
Charles Buckholts
2400 Crestmoor Road
Nashville, Tennessee 37215
Telephone: (615) 386-7118

So Ordered this 8/9/12 day of August, 2012

_____
Judge Thomas A Wiseman, Jr.